

*The Commonwealth of Massachusetts*

*Registry of Motor Vehicles*

*One Copley Place, Boston 02116*

FILED
IN CLERKS OFFICE
2004 JUL -8  P 12: 42
U.S. DISTRICT COURT
DISTRICT OF MASS

Kimberly Hinden
*Registrar*

Mail:
P.O. Box 199100
Boston, MA 02119-9100
www.mass.gov/rmv

July 1, 2004

Paul Nathan, Esq.
Nathan & Krevat
159 Derby Street
Salem, MA 01970

RE: BRUNILDA COLLADO VS. RICHARD A. SHAH
UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS.
CIVIL ACTION NO# 04 11455WGY

Dear Atty. Nathan:

The attached process has been served on the defendant pursuant to the provisions of M.G.L. c. 90 §3D. Below please find the executed affidavit set forth in §3D, which by law serves as prima facie evidence of service upon that party.

## AFFIDAVIT

This hereby certifies that the attached process served upon the Registrar of Motor Vehicles was forwarded by mail July 1, 2004, postage prepaid, to Richard A. Shah at the last address appearing in the Registrar's records. This is in accordance with the provisions of M.G.L. c. 90, §3D.

Signed under the pains and penalties of perjury on July 1, 2004.

Signed: _____Kathleen Munson_____
Kathleen Munson, Keeper of the Records

ba

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Brunilda Collado
    Plaintiff
      v.

Richard Shah,
    Defendant

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11455 WGY

TO: (Name and address of Defendant)

Richard Shah
56 Jefferson Avenue
Salem, MA 01970

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul Nathan, Esquire
NATHAN & KREVAT
159 Derby Street
Salem, MA 01970

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: JUN 25 2004