LAW OFFICES OF
# LAWRENCE M. SLOTNICK

| | | |
|---|---|---|
| LAWRENCE M. SLOTNICK<br>THOMAS F. JOHNSON<br>WARD CERRUTI<br>JAMES J. MOYNIHAN<br>ANNE E. BEAUREGARD<br>MICHELLE A. MATUSEWICZ<br>GERALD S. COHEN<br>MICHAEL J. MERRIAM | 99 SUMMER STREET<br>SUITE 1650<br>BOSTON, MA 02110<br>(617) 428-4200 VOICE<br>(617) 428-4201 FAX | ERIN O'REILLY, PARALEGAL<br>STACEY SCORZA, PARALEGAL<br>VALISHA SMILE, PARALEGAL |

*[FILED 2004 AUG -2 P 3:53 U.S. DISTRICT COURT DISTRICT OF MASS]*

July 29, 2004

Paul Nathan, Esq.
Nathan & Krevat
159 Derby Street
Salem, MA 01970

    Re:    Collado v. Shah
             <u>United States District Court, Civil Action No.: 1:04-cv-11455-WGY</u>

Dear Attorney Nathan:

    Attorney Johnson will be out of the country on the date of the Scheduling Conference on September 14, 2004. We have requested that the court continue the conference to October 18, 2004.

    Please do not hesitate to call Attorney Johnson or me if you have any questions or concerns. Thank you for your attention to this matter.

                                            Very truly yours,

                                            Erin O'Reilly
                                            Paralegal

cc:    Ms. Bonnie Smith, United States District Court