UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04 11455WGY

```
*******************************
BRUNILDA COLLADO,        *
    Plaintiff            *
                         *
vs.                      *
                         *
RICHARD SHAH,            *
    Defendant            *
*******************************
```

## ASSENTED-TO MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff hereby moves this court, pursuant to F.R.Civ.P. 15(a), for leave to amend the complaint.  As grounds, plaintiff is adding as a party another plaintiff, Ana Ortega Nunez, who like the current plaintiff, was a passenger in the vehicle struck by defendant, Shah, and sustained injuries from said accident.  A copy of the proposed Amended Complaint is enclosed.

| By Plaintiff's Attorney, | **ASSENTED-TO** |
| --- | --- |
|  | Defendant's Attorney, |
| s/Paul Nathan_____ | s/Thomas Johnson_____ |
| Paul Nathan, Esquire | Thomas Johnson, Esquire |
| B.B.O. #367420 | B.B.O. #253261 |
| NATHAN & KREVAT | LAW OFFICE OF LAWRENCE SLOTNICK |
| 159 Derby Street | 99 Summer Street, Suite 1650 |
| Salem, Massachusetts  01970 | Boston, MA 02110 |
| (978) 745-4455 | (617) 428-4200 |

Dated:  8/30/04____

I hereby certify that a true copy/original of the above document was served upon the attorney of record for each party via first-class mail on ___8/30/04_____
      s/Paul Nathan_____