UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

******************************
BRUNILDA COLLADO and*
ANA ORTEGA NUNEZ,      *
    Plaintiff         *
                    *       **AMENDED COMPLAINT**
vs.                    *
                    *
RICHARD SHAH,          *
    Defendant         *
******************************

## PARTIES AND JURISDICTION

1.      Plaintiff, Brunilda Collado, is an individual who is domiciled in New York.

2.      Plaintiff, Ana Ortega Nunez, is an individual who resides and is domiciled in the Dominican Republic.

3.      Defendant, Richard Shah, is an individual who resides and is domiciled in Salem, Massachusetts.

4.      The United States District Court has jurisdiction of this action by reason of diversity of citizenship of the parties.  The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

## COUNT I

5.      On June 13, 2003, plaintiff, Brunilda Collado, was a passenger in a Mercury Village mini-van owned and operated by Antonio M. Salcedo (hereinafter "the Salcedo vehicle").

6.      The Salcedo vehicle was traveling straight on Webster Avenue in Chelsea, Massachusetts, and proceeded through a green light at the intersection with Broadway.

7.      At the same time, defendant, who was operating a GMC Jimmy on Broadway, negligently proceeded through a red light at the intersection with Western Avenue, causing said vehicle to crash with great force into the left side of the Salcedo vehicle.

8.      Due to the force of the impact, the Salcedo vehicle was propelled onto the sidewalk, spun around in the opposite direction, and smashed into a traffic light pole, dislodging it from its foundation.

9.    As a direct and proximate result of the defendant's negligence and ensuing collision, the plaintiff, Brunilda Collado, sustained serious personal injuries, required extensive medical treatment, incurred medical bills for said treatment, was restricted in her activities, and was otherwise injured.

WHEREFORE, Plaintiff, Brunilda Collado, demands judgment against defendant for full and reasonable compensation for her injures, plus costs and interest.

## COUNT II

10.    On June 13, 2003, Plaintiff, Ana Ortega Nunez, was a passenger in the Mercury Village mini-van owned and operated by Antonio M. Salcedo (hereinafter "the Salcedo vehicle").

11.    Plaintiff, Ana Ortega Nunez, repeats paragraphs 6 – 8 of Count I as if expressly rewritten herein.

12.    As a direct and proximate result of the defendant's negligence and ensuing collision, the plaintiff, Ana Ortega Nunez, sustained serious personal injuries, required extensive medical treatment, incurred medical bills for said treatment, was restricted in her activities, and was otherwise injured.

WHEREFORE, Plaintiff, Ana Ortega Nunez, demands judgment against defendant for full and reasonable compensation for her injures, plus costs and interest.

PLAINTIFFS DEMANDS TRIAL BY JURY.

By Plaintiff's Attorney,


Dated: 8/30/04          s/Paul Nathan
                        Paul Nathan, Esquire
                        B.B.O. #367420
                        NATAN & KREVAT
                        159 Derby Street
                        Salem, Massachusetts  01970
                        (978) 745-4455


I hereby certify that a true copy/original of the above document was served upon the attorney of record for each party via first-class mail on _____8/30/04_____
_____s/Paul Nathan_____