UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 11455WGY

```
*******************************
BRUNILDA COLLADO,           *
      Plaintiff             *
                            *
vs.                         *
                            *
RICHARD SHAH,               *
      Defendant             *
*******************************
```

### PLAINTIFF'S COUNSEL'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(2)

I, Paul Nathan, counsel for plaintiff, hereby certify that I have conferred with counsel for defendant, Richard Shah, concerning the Plaintiff's Motion for Leave to Amend Complaint, and that there is no Opposition to said Motion.

By Plaintiff's Attorney,

Dated: 8/30/04

s/Paul Nathan
Paul Nathan, Esquire
B.B.O. #367420
NATAN & KREVAT
159 Derby Street
Salem, Massachusetts  01970
(978) 745-4455

I hereby certify that a true copy/original of the above document was served upon the attorney of record for each party via first-class mail on  8/30/04
   s/Paul Nathan