UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:04-cv-11455-WGY

BRUNILDA COLLADO and
ANA ORTEGA NUNEZ,
    Plaintiffs,

v.

RICHARD SHAH,
    Defendant.

**ANSWER AND JURY TRIAL DEMAND OF DEFENDANT
RICHARD SHAH TO PLAINTIFFS' AMENDED COMPLAINT**

The defendant, Richard Shah ("Shah"), hereby answers the like numbered paragraphs of the Plaintiff's Complaint as follows:

<u>PARTIES AND JURISDICTION</u>

1. Shah is without knowledge or information sufficient to form a response to this paragraph of the plaintiff's Complaint.

2. Shah is without knowledge or information sufficient to form a response to this paragraph of the plaintiff's Complaint.

3. Shah admits the allegations of this paragraph of the plaintiff's Complaint.

4. Shah denies the allegations of this paragraph of the plaintiff's Complaint and further answering Shah states that the matter in controversy does not exceed $75,000.00.

## COUNT I

5. Shah is without knowledge or information sufficient to form a response to this paragraph of the plaintiff's Complaint.

6. Shah denies the allegations of this paragraph of the plaintiff's Complaint.

7. Shah denies the allegations of this paragraph of the plaintiff's Complaint.

8. Shah admits the allegations of this paragraph of the plaintiff's Complaint.

9. Shah denies the allegations of this paragraph of the plaintiff's Complaint.

## COUNT II

10. Shah is without knowledge or information sufficient to form a response to this paragraph of the plaintiff's Complaint.

11. Shah re-asserts and re-alleges all previous paragraphs of this answer and incorporates them herein by reference.

12. Shah denies the allegations of this paragraph of the plaintiff's Complaint.

### Affirmative Defense #1

The reasonable and necessary medical expenses of the plaintiff have not met or exceeded the requirements of M.G.L. ch. 231, §6D, and therefore the plaintiff is barred from prosecuting this action.

### Affirmative Defense #2

Any injuries the plaintiff may have sustained are the proximate result of the conduct of a third party for whom is not legally responsible.

### Affirmative Defense #3

The complaint must be dismissed because of failure of service of process, including but not limited to, plaintiff's failure to serve the complaint within the time allowed by Rule 4(j) of the Massachusetts Rules of Civil Procedure.

### Affirmative Defense # 4

The complaint must be dismissed because of insufficiency of service of process.

### Jury Trial Demand

Shah claims a trial by jury as to all issues so triable.


RICHARD SHAH,
By his attorneys,


Thomas F. Johnson, Esq.
Law Offices of Lawrence M. Slotnick
99 Summer Street
Suite 1650
Boston, MA 02110
(617) 428-4200
BBO#: 253261

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above document on all counsel of record listed below by first class mail, postage prepaid, and that the above document was served within the time limits set forth in Standing Order 1-88.

Paul Nathan, Esq.
Nathan & Krevat
159 Derby Street
Salem, MA 01970
(978) 745-4455

                                                  _____
                                                  Thomas F. Johnson, Esq.

                                                  Dated: _9-2-04_