UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 0411455WGY

```
********************************
BRUNILDA COLLADO and  *
ANA ORTEGA NUNEZ,     *
       Plaintiff      *
                      *
                      *
vs.                   *
                      *
                      *
RICHARD SHAH,         *
       Defendant      *
********************************
```

## ACCEPTANCE OF SERVICE

The undersigned hereby accepts service of the Amended Complaint and Summons on behalf of the defendant.

Dated: 11-8-04

Tomas F. Johnson, Esquire
B.B.O. #253261
LAW OFFICES OF LAWRENCE SLOTNICK
99 Summer Street, Suite 1650
Boston, Massachusetts 02110
(617) 428-4212