UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 11455~~WGY~~ MBB



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRUNILDA COLLADO and  \*
ANA ORTEGA NUNEZ,     \*
    Plaintiffs         \*
                        \*
vs.                   \*
                        \*
RICHARD SHAH,         \*
    Defendant           \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
In Open Court
USDC, Mass.
Date /0 /8 04
By
Deputy Clerk

## JOINT DISCOVERY SCHEDULE AND AGENDA

Pursuant to L.R. 16.1, plaintiffs, Brunilda Collado and Ana Ortega Nunez, and defendant, Richard Shah hereby submit the following Joint Discovery Schedule and Agenda.

### COMPLETION OF DISCOVERY

A.  **Initial Phase**

The first phase of discovery, designed to develop a realistic assessment of the case, will be complete on or before 1/18/05. All discovery requests and Motions to Compel will be served sufficiently in advance of this date to ensure timely completion.

B.  **Trial Preparation Phase**

    a)    Additional Motions to Compel and any additional discovery needed will take place between 1/18/05 and 3/18/05.

    b)    The final phase of discovery, including expert answers to interrogatories or depositions, any dispositive motions will be completed by 6/18/05, after which the parties will be ready for trial.

**AGENDA**

1. The scheduling of discovery.

2. Scheduling of next status conference.

3. Settlement Prospects.

4. Appointment of Magistrate for Discovery Issues/Trial (Plaintiffs would accept transfer to a Magistrate for discovery <u>and</u> trial).

5. Amendment of parties/stipulations regarding control of premises.

| | |
|---|---|
| Brunilda Collado and Ana Ortega Nunez,<br>By their attorney, | Richard Shah,<br>By his attorney, |
| */s/ Paul Lee*<br>Paul Nathan, Esquire<br>Nathan & Krevat<br>B.B.O. #367420<br>159 Derby Street<br>Salem, Massachusetts  01970<br>(978) 745-4455 | */s/ Tomas F. Johnson*<br>Tomas F. Johnson, Esquire<br>Law Offices of Lawrence Slotnick<br>B.B.O. #253261<br>99 Summer Street, Suite 1650<br>Boston, Massachusetts  02110<br>(617) 428-4212 |