UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 11455WGY /MBB

```
*********************************
BRUNILDA COLLADO and    *
ANA ORTEGA NUNEZ,       *
      Plaintiffs        *
                        *
vs.                     *
                        *
RICHARD SHAH,           *
      Defendant         *
*********************************
```



FILED
In Open Court
USDC, Mass.
Date  10/18/04
By _____
Deputy Clerk

### CERTIFICATE OF COMPLIANCE WITH L.R. 16.1 (D)(3)

Plaintiffs, Brunilda Collado and Ana Ortega Nunez, and their counsel hereby certify that they have conferred regarding:

1. The budget for costs of the full course and alternative courses, for this litigation; and

2. The resolution of litigation by way of alternative dispute resolution such as those proposed in L.R. 16.4.

Dated: 10/18/04

By Plaintiffs' Attorney,

/s/ Paul Nathan

Paul Nathan, Esquire
B.B.O. #367420
Nathan & Krevat
159 Derby Street
Salem, Massachusetts  01970
(978) 745-4455