# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BRUNILDA COLLADO,

    Plaintiff,

    v.

RICHARD SHAH,

    Defendant.

CA. NO. 04-11455-MBB

## *NOTICE*

October 28, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:45 p.m., Monday, November 8, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    /s/
    **MARIANNE B. BOWLER**
    Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**