## NATHAN & KREVAT
ATTORNEYS AT LAW
159 DERBY STREET
SALEM, MASSACHUSETTS 01970

Paul Nathan
Matthew E. Krevat
Leah M. Constantine

Telephone
(978) 745-4455
Facsimile
(978) 744-4463

December 27, 2004

Diana Lynn, Clerk
U.S. District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

Re:  Brunilda Collado and Ana Ortega vs. Richard Shah
     United States District Court Civil Action No.: 04-11455-MBB

Dear Ms. Lynn:

On behalf of both parties in the above captioned case, we hereby request this matter be sent to mediation.

Thank you.

Sincerely,

Paul Nathan

PN/lct

cc:  Thomas F. Johnson, Esquire