UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 11455MBB

*****************************************

BRUNILDA COLLADO and
ANA ORTEGA NUNEZ,
    Plaintiffs

vs.

RICHARD SHAH,
    Defendant

*****************************************

FILED
IN CLERKS OFFICE

2005 FEB -1  P 2: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

### STIPULATION OF DISMISSAL

Brunilda Collado and Ana Ortega Nunez plaintiffs and Richard Shah, defendant in the above-entitled matter, pursuant to the provisions of Massachusetts Rules of Civil Procedure 41(a)(ii), hereby stipulate that said action be dismissed with prejudice and without costs.

Respectfully Submitted,

Dated: 1-31-05

*Paul Nathan* /jrk
Paul Nathan, Esquire
Attorney for Plaintiffs
B.B.O. #:367420
NATHAN & KREVAT
159 Derby Street
Salem, Massachusetts 01970
(978) 745-4455

Thomas F. Johnson, Esquire
Attorney for Defendant
B.B.O. #253261
LAW OFFICES OF LAWRENCE SLOTNICK
99 Summer Street, Suite 1650
Boston, Massachusetts 02110
(617) 428-4212