UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUNILDA COLLADO and
ANA ORTEGA NUNEZ,
    Plaintiffs,

v.                                      CIVIL ACTION NO.  04-11455-MBB

RICHARD SHAH,
    Defendant.

## FINAL JUDGMENT

### FEBRUARY 4, 2005

**BOWLER, U.S.M.J.**

    In accordance with the Stipulation of Dismissal filed by the parties, it is hereby **ORDERED** and **ADJUDGED** that this action be **DISMISSED** with prejudice and without costs.

                                          /s/  **MARIANNE B. BOWLER**
                                          MARIANNE B.  BOWLER
                                          United States Magistrate Judge